IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **ORLANDO L. BARKER,** | : | |
| **Plaintiff,** | : | |
| vs. | : | **CIVIL ACTION 07-0183-CG-C** |
| **KELVIN TOLBERT, et al.,** | : | |
| **Defendants.** | : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a de novo determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. §636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that this action be and is hereby **DISMISSED** without prejudice for failure to prosecute and to obey the Court's order.

**DONE and ORDERED** this 12th day of March, 2008.

    /s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE